# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 2570 :  : : JUDGE RICHARD L. YOUNG : Magistrate Judge Tim A. Baker |
| This document relates to: KEVIN WENTZEL Civil Action No.: 1:19-cv-01777 | : : : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Kevin Wentzel and Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, through their undersigned counsel, that the above-captioned action be voluntarily dismissed with prejudice. Each side will bear its own costs.

Date:  June 5, 2025

| *Attorneys for Plaintiff* | *Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS* |
|---|---|
| /s/ *Christopher R. LoPalo* Christopher LoPalo, Esq. NS PR Law Services 1302 Ponce de León Avenue, Santurce, Puerto Rico 00907 (212) 397-1000 clopalo@nsprlaw.com | /s/ *Jessica Benson Cox* Jessica Benson Cox Andrea Roberts Pierson Faegre Drinker, Biddle & Reath LLP 300 North Meridian Street, Suite 2500 Indianapolis, Indiana 46204 Telephone: (317) 237-0300 Jessica.Cox@faegredrinker.com Andrea.Pierson@faegredrinker.com |
| /s/ *Bobby Saadian* Bobby Saadian WILSHIRE LAW FIRM 12th Floor, Los Angeles, CA 90010 (213) 381-9988 masstorts@wilshirelawfirm.com | James Stephen Bennett Faegre Drinker, Biddle & Reath LLP |

110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
stephen.bennett@faegredrinker.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Christopher R. LoPalo*
Attorney for Plaintiff