UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL DOCKET NO. 2570  JUDGE RICHARD L. YOUNG  Magistrate Judge Tim A. Baker |
| This document relates to: KEVIN WENTZEL Civil Action No.: 1:19-cv-01777 | : : : |  |

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 6/09/2025

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Kevin Wentzel and Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, through their undersigned counsel, that the above-captioned action be voluntarily dismissed with prejudice. Each side will bear its own costs.

Date:  June 5, 2025

| *Attorneys for Plaintiff* | *Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS* |
|---|---|
| /s/ *Christopher R. LoPalo*  Christopher LoPalo, Esq.  NS PR Law Services  1302 Ponce de León Avenue,  Santurce, Puerto Rico 00907  (212) 397-1000  clopalo@nsprlaw.com | /s/ *Jessica Benson Cox*  Jessica Benson Cox  Andrea Roberts Pierson  Faegre Drinker, Biddle & Reath LLP  300 North Meridian Street, Suite 2500  Indianapolis, Indiana 46204  Telephone: (317) 237-0300  Jessica.Cox@faegredrinker.com  Andrea.Pierson@faegredrinker.com |
| /s/ *Bobby Saadian*  Bobby Saadian  WILSHIRE LAW FIRM  12th Floor,  Los Angeles, CA 90010  (213) 381-9988  masstorts@wilshirelawfirm.com | James Stephen Bennett  Faegre Drinker, Biddle & Reath LLP |